| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 01-CR-811-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 04-10187 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Darcie Seymour<br><br>12 Mulvey Street, #2<br><br>Mattapan, MA 02126 | Eastern District of New York | Supervision |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Reena Raggi, U.S. Circuit Court Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/30/2003 | TO 05/29/2006 |

OFFENSE
Conspiracy to Import Cocaine, in violation of 21 U.S.C. § 963 and § 960(b)(3)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ EASTERN _____ DISTRICT OF _____ NEW YORK _____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Massachusetts** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/15/04
_____ Date _____                _____ United States District Judge _____

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ MASSACHUSETTS _____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 23 2004
_____ Effective Date _____                _____ United States District Judge _____